United States District Court
Southern District of Texas
**ENTERED**
June 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Greg Burch,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-16-2946** |
| | § | |
| **Conn Appliances, Inc.,** | § | |
|     **Defendant.** | § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on June 2, 2017 (docket entry no. 11), this action is hereby dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 2nd day of June, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE